TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00313-CR

Zachary Jones, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 0941935, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order revoking probation. Appellant has filed a motion
to withdraw the appeal. No decision of this Court has been delivered. The motion is granted and
the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Aboussie and Kidd

Appeal Dismissed on Appellant's Motion

Filed: November 1, 1995

Do Not Publish